No. 12-15-00080-CV

# IN THE COURT OF APPEALS
## FOR THE TWELFTH SUPREME JUDICIAL DISTRICT
## OF TEXAS

## IN THE MATTER OF THE MARRIAGE OF EDSEL AMOS DIXON AND HEATHER D. DIXON AND IN THE INTEREST OF ASHLEY LYNN DIXON, A CHILD

On Appeal from the
354th Judicial District Court
of Rains County, Texas
In Cause No. 9544

FILED IN COURT OF APPEALS
12th Court of Appeals District

MAY 20 2015

TYLER TEXAS
CATHY S. LUSK, CLERK

## REQUEST FOR EXTENSION OF TIME TO FILE REPORTER'S RECORDS

TO THE HONORABLE JUSTICES OF THE COURT OF APPEALS:

NOW COMES EDSEL AMOS DIXON, Appellant herein, and files this Request for Extension of Time to File Reporter's Records and would show the Court as follows:

1. On March 31, 2015 Appellant received the attached Exhibit "A" from Michael Hurley, CSR in reference to the cost of reporter's record for the hearing of June 13, 2014.

2. In response, Appellant requested on April 9, 2015 the attached Exhibit "B" sent certified mail return receipt received and attached as Exhibit "C". Appellant requested that further reporter's records be prepared and requested the fee for preparing these records so that payment can be made promptly. Appellant further requested that if the reporter's record could not be completed on time that a notice be given to the appellate court clerk of estimated time of completion and that appellant receive a copy of the

notice. No notice of cost or inability to complete such record's in time was ever received by Appellant or Appellate court clerk. No attempts to contact the Appellant have been made and the Appellant's request has gone unanswered.

3. On May 11, 2015 Appellant received from the clerk, Cathy S. Lusk , notice that Ms. Vrooman's request for an extension of time to file said record states that the reason for any delay in filing the record is due to non-payment of the required preparation fee, Exhibit "D". Appellant's request for the cost of such records at that time had gone unanswered. Numerous attempts to contact Ms Vrooman have failed. Appellant has left four messages at Ms Vrooman's office phone number of (903)408-4108 in regards to these records, with no return call as of the date of this filing.

4. On May 14, 2015 Appellant received the attached Exhibit "E" from Ms Vrooman, stating the cost of her portions of the reporter's record to be filed and that payment must be received by May 18, 2015. This being the first time Ms Vrooman has made contact with the Appellant and notified Appellant of cost that he requested over a month prior. Appellant once again has attempted to contact Ms Vrooman to make payment arrangements by phone in order to meet the deadline that she has requested with no return call received. If Appellant was to mail a check to Ms Vrooman on the day she notified Appellant of cost , it would not make her deadline of just 4 days to make payment. Two of those days falling on a weekend.

5. This court has advised that pursuant to Tex. R. App. P. 37.3(c), that the appeal will be submitted on the clerk's record alone ( without a reporter's record), unless proof of full payment to the reporter is provided to this Court no later than May 21, 2015.

6. Appellant would respectfully request pursuant to Tex. R. App. P. 35.3(b) and(c) that this court extend such deadline of May 21, 2015, not to exceed 30 days,  so that a cost of the records requested by Appellant can be received. Appellant has made several attempts at receiving a cost of reporters records requested, through no fault of his own, those requested have gone unanswered.

7. Appellant would further request that a cost of the reporter's records that was requested in the correspondence on April 9, 2015 (Exhibit "B") be immediately submitted to the

Appellant so that he can make prompt payment for such records.

8. This Request is not made for delay, but rather so that Appellant may have the opportunity to submit the reporter's records for this appeal.

9. This being the first request for an extension of time.

Wherefore premises considered, Appellant requests that this Court grant this request and extend such deadline to receive proof of full payment to the reporter to no later than **June 21, 2015.**

Respectfully Submitted,

Edsel Amos Dixon
Pro Se Litigant
732 Weddle Dr.
Grapevine, TX 76051
682-301-0592
eddixon903@gmail.com

## Certificate of Service

I certify that a true copy of the foregoing Request was served in accordance with rule 9.5 of the Texas Rules of Appellate Procedure on each party or that party's lead counsel as follows:

Party:          Heather D. Dixon
Lead Attorney:  Craig Black
                2510 Lee Street
                Greenville, TX 75402

Method of Service: Certified Mail
Date of Service:  May 18, 2015

Edsel A Dixon
Pro Se Litigant

Exhibit "A"

## MICHAEL HURLEY, CSR
1330 MACKIE DRIVE * RICHARDSON, TX 75081 * 214-226-2547

March 31, 2015

Mr. Edsel Amos Dixon
732 Weddle Dr.
Grapevine, TX 76051

Re: In The Matter Of The Marriage Of Heather Denice Dixon And
    Edsel Amos Dixon
    In The Interest Of Ashley Lynn Dixon, Minor Child
    Cause No. 9544

Dear Mr. Dixon

    I received your Notice of Appeal yesterday.  The cost for
the reporter's record for the hearing of June 13, 2014 will be
$175.00.  After receiving your payment I will forward the record
to the Court of Appeals.

    If you have any questions or if I can be any further
service, please don't hesitate to call.

                              Sincerely

                              Michael Hurley
                              1330 Mackie Dr.
                              Richardson, TX 75081

cc: Craig Black

Exhibit "B"

# EDSEL A DIXON

*( Pro Se Litigant )*
732 Weddle Dr. Grapevine,
Texas 76051
682-301-0592

April 7, 2015

CERTIFIED MAIL
RETURN RECEIPT
REQUESTED

Mike Hurley
1330 Mackie Drive
Richardson, Texas 75081

RE:     *Twelfth Court of Appeals Cause No. 12-15-00080-CV*
        *Trial Court Cause No.  9544*
        *In the Matter of the Marriage of Edsel Amos Dixon and Heather D.*
        *Dixon and In the Interest of Ashley Lynn Dixon, A Child*
        *In the 354th Judicial District Court of Rains County, Texas*

Dear Mr. Hurley:

Appellant, Edsel Amos Dixon, intends to appeal from the Final Decree of Divorce signed on January 23, 2015 to the Twelfth Court of Appeals in Tyler. Accordingly, I am requesting that you prepare an original and one copy, with ASCII disks, of the reporter's records with exhibits, for the following:

Trial held on June 13, 2014

Trial held on November 14, 2014

Trial held on January 23, 2015

Trial held on March 13, 2015

Please advise me immediately if you encounter problems with the preparation of this record, including the loss or inaudibility of any testimony or argument or the loss of

any exhibits admitted or excluded. **If, in preparing the reporter's record, you have original exhibits that cannot be released to the court of appeals without an order from the trial court, please advise me immediately, and I will submit the appropriate motion and order to the trial court for consideration.**

Please contact me on receipt of this letter to discuss the anticipated preparation time you will require. Once the reporter's record is completed, please let me know the fee for the preparation of this record, and I will make prompt arrangements for payment of that amount.

The reporter's record must be filed with the court of appeals on or before April 30, 2015. If you are unable to complete the reporter's record in time to file it as required, please notify the appellate court clerk of your estimate of when the record will be filed and send me a copy of your notice to the clerk.

By copy of this letter, I am notifying all other parties through their counsel of record of this request. I will also file the original of this letter with the clerk of this Court. If you have any questions, please feel free to call me.

Thank you in advance for your cooperation and assistance with this matter.

Sincerely,

EDSEL A DIXON
( Pro Se Litigant)

Exhibit "C"

## SENDER: COMPLETE THIS SECTION

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Mike Hurley
1330 Mackie dr.
Richardson, TX 75081

## COMPLETE THIS SECTION ON DELIVERY

A. Signature

X _Mike firky_  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery

04/09/15

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:  ☐ No

3. Service Type
   ☐ Certified Mail®   ☐ Priority Mail Express™
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ Collect on Delivery

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number:
(Transfer from service label)

7014 2120 0002 7233 3386

PS Form 3811, July 2013          Domestic Return Receipt

Exhibit "D"



CHIEF JUSTICE
JAMES T. WORTHEN

CLERK
CATHY S. LUSK

**TWELFTH COURT OF APPEALS**

JUSTICES
BRIAN HOYLE
GREG NEELEY

CHIEF STAFF ATTORNEY
MARGARET HUSSEY

May 11, 2015

Edsel Amos Dixon
732 Weddle Drive
Grapevine, TX 76051

Mr. Henry C. Black
2510 Lee Street
Greenville, TX 75402
\* DELIVERED VIA E-MAIL \*

**RE:** Case Number: 12-15-00080-CV
Trial Court Case Number: 9544

**Style:** In the Matter of the Marriage of Edsel A. Dixon and Heather D. Dixon, and in the Interest of Ashley Lynn Dixon, a child

The reporter's record in the above-styled and numbered case was due to be filed on or before May 22, 2015. Pursuant to Tex. R. App. P. 37.3(c), you are notified that Ms. Julie Vrooman's request for an extension of time to file said record states that the reason for any delay in filing the record is due to non-payment of the required preparation fee.

You are further advised pursuant to Tex. R. App. P. 37.3(c), that the appeal will be submitted on the clerk's record alone (without a reporter's record), unless proof of full payment to the reporter is provided to this Court no later than **May 21, 2015.**

Very truly yours,

CATHY S. LUSK, CLERK

By: _Katrina McClenny_
Katrina McClenny, Chief Deputy Clerk

CC: Ms. Julie Vrooman (DELIVERED VIA E-MAIL)

Exhibit "E"

**JULIE VROOMAN**
COURT REPORTER
903/408-4108



**DONNA MEEKS**
COURT ADMINISTRATOR
903/408-4194

# RICHARD A. BEACOM, JR.
DISTRICT JUDGE
354TH JUDICIAL DISTRICT OF TEXAS

HUNT AND RAINS COUNTY
P.O. BOX 1097
GREENVILLE, TEXAS 75403-1097
(903) 408-4194

May 11, 2015

Edsel Amos Dixon
732 Weddle Drive
Grapevine, Texas 76051

RE:    Appellate Case No. 12-15-00080-CV
       Trial Court Case No. 9544

Style: In the Matter of the Marriage of Edsel A. Dixon and Heather D. Dixon
       And
       In the Interest of Ashley Lynn Dixon, a child

    I received Notice of Appeal in the above referenced case on March 25, 2015. Since that time, you filed an affidavit of inability to pay costs, which was contested and denied.

    In order for my portions of the Reporter's Record to be filed with the Twelfth Court of Appeals, I will need to receive payment from you for the Record by May 18, 2015. The amount to be paid is $275.00. If payment is not received, the Reporter's Record will not be filed in this case with the Twelfth Court of Appeals.

    Please make check payable to Julie Vrooman and mail to Julie Vrooman, 354th District Court, Post Office Box 1097, Greenville, Texas 75403-1097.

    Should you have any questions, you may contact my office at (903)408-4108.

Thanks,

Julie C. Vrooman
354th Official Reporter